CONCURRING OPINION BY
STRASSBURGER, J.:
I agree with and join the Majority’s erudite disposition of this matter holding that Appellant is entitled to a new trial based on the trial court’s erroneous jury instruction. My joinder includes the Majority’s discussion of Tincher v. Omega Flex, Inc., 628 Pa. 296, 104 A.3d 328 (2014). I write separately to note my position that, in light of the Majority’s holding, it is unnecessary and perhaps confusing to address the remaining issues on appeal. To say that an evidentiary ruling is not an abuse of discretion does not preclude the possibility that the opposite ruling also would not be an abuse of discretion. Therefore, I respectfully concur.